# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLINT KRISLOV and MICHAEL POWERS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COOK COUNTY OFFICERS ELECTORAL ) <br> BOARD, HON. KAREN A. YARBROUGH, by ) <br> Sisavanh Baker, HON. KIMBERLY FOXX, by ) <br> Jessica M. Scheller, and HON. DOROTHY ) <br> BROWN, by Meredith Hammer, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:20-CV-00469 <br><br> Honorable Virginia M. Kendall |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants, The Cook County Officers' Electoral Board, Hon. Karen A. Yarbrough, by Sisavanh Baker, Hon. Kimberly Foxx, by Jessica M. Scheller, and Hon. Dorothy Brown, by Meredith Hammer, by and through their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, through her assistant, Lyle K. Henretty, moves this Honorable Court to dismiss Clint Krislov and Michael Powers' Complaint pursuant to Fed. R. Civ. P. 12(b)(1-2 and 6) for the reasons set forth in the supporting memorandum.

Dated: <u>February 12, 2020</u>

                                                            Respectfully Submitted,
                                                           KIMBERLY M. FOXX
                                                           State's Attorney of Cook County

By:     */s/ Lyle Henretty*
            Lyle Henretty
            Assistant State's Attorney
            50 West Washington, Ste. 2760
            Chicago, Illinois 60602
            (312) 603-1424
            lyle.henretty@cookcountyil.gov
            For Defendants Cook County Officers' Electoral
            Board, Hon. Karen A. Yarbrough by Sisavanh
            Baker, Hon. Kimberly Foxx, by Jessica M. Scheller,
            and Hon. Dorothy Brown, by Meridth Hammer

1